

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 8, 2019

**BY ECF**
The Honorable Jesse M. Furman
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Abdoulaye Barry*, 18 Civ. 11759 (JMF)

Dear Judge Furman:

      This Office represents the United States of America in this action for revocation of naturalized citizenship pursuant to 8 U.S.C. § 1451(a), also known as "denaturalization." We write respectfully to inform the Court that the defendant has complied with the provisions of the Consent Judgment entered on March 29, 2019 (ECF No 18), and thus the judgment is satisfied. Accordingly, we respectfully request that the compliance hearing scheduled for May 16, 2019, be adjourned *sine die* and this case closed. Counsel for the defendant consents to this request.

      We thank the Court for its consideration of this submission.

      Respectfully,

      GEOFFREY S. BERMAN
      United States Attorney

By:  */s/ Joseph N. Cordaro*
      JOSEPH N. CORDARO
      Assistant United States Attorney
      Telephone: (212) 637-2745
      Email: joseph.cordaro@usdoj.gov

cc:   David Barnett, Esq. (by ECF and email)
      Shirley Lazare, Esq. (by email)
      *Frenkel, Hershkowitz, and Shafran LLP*

In light of Defendant's compliance with the consent judgment, this case will be closed. Any pending motions (including the motion to approve the consent judgment filed at Docket No. 12, which is resolved by the consent judgment at Docket No. 18) are moot. All conferences (including the one scheduled for May 16, 2019, see Docket No. 19) are vacated. The Clerk of Court is directed to terminate Docket Nos. 12 and 22 and to close the case. SO ORDERED.

May 8, 2019